# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Metropolitan Life Insurance Company ,

    Plaintiff(s),

v.

Moore et al,

    Defendant(s).

Case No.  17 C 7377
Judge Gary Feinerman

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

       which ☐ includes    pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

___

☐      in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

___

☒      other: Judgment is entered in favor of Plaintiff Metropolitan Life Insurance Company and Defendant Barbara A. Smith, and against Defendant DaVinci Moore.  Plaintiff Metropolitan Life Insurance Company, having deposited the remaining life insurance proceeds in the court's registry, shall have no further liability to Defendants.  Defendant Barbara A. Smith is entitled to the funds ($32,084.78 plus the interest that has accrued since 10/26/2017) in the court's interest-bearing registry account in this case.  Defendant DaVinci Moore shall take nothing.

___

This action was *(check one)*:
☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☒ tried by Judge Gary Feinerman without a jury and the above decision was reached.
☐ decided by Judge    on a motion

Date:                     Thomas G. Bruton, Clerk of Court

                                 /s/ Jackie Deanes , Deputy Clerk